UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

IN RE: )
)
ELONA VELCHEK, ) No. 20-70975
)
    Debtor. )

## OBJECTION TO DEBTOR'S MOTION TO CONVERT CASE

NOW COMES Jeffrey D. Richardson, Chapter 7 Trustee, and for his Objection respectfully states as follows:

1. The Debtor filed his Voluntary Petition for Relief under Chapter 7 of the United States Bankruptcy Code on September 1, 2020.

2. I serve as the Debtor's Chapter 7 bankruptcy Trustee.

3. The Debtor's meeting of creditors was conducted on October 14, 2020 and was continued by me to review additional documents and information.

4. After I had done so I filed my no asset report with the Court on November 2, 2020.

5. The Debtor filed her Motion to Convert Case on December 10, 2020. The form Motion which was filed by the Court does not state a reason or the factual circumstances which resulted in the Motion to Convert to Chapter 13.

6. It appeared to me that it was possible that the only reason that the Debtor sought to convert to a Chapter 13 was due to her inability to redeem a motor vehicle.

7. Nevertheless, I contacted the Debtor's attorney to determine whether that was in fact the sole reason for the Motion to Convert and I was informed that the Debtor is going to the recipient of an inheritance of an uncertain amount and that the potential inheritance was the basis for the Motion to Convert.

8. Since the death in this case appears to have occurred after the first meeting of

creditors further investigation or at least information from the Debtor is appropriate before the Motion to Convert is allowed.

9. Among other things I would like to know when the Debtor became entitled to the inheritance post-petition as it relates to my report of no distribution and also the extent and size of the Debtor's potential inheritance.

WHEREFORE, Jeffrey D. Richardson, Chapter 7 Trustee, respectfully prays that:

1. The Motion to Convert be denied.

2. In the alternative that the Motion to Convert be reserved by the Court until this matter can be investigated more fully.

/s/ Jeffrey D. Richardson
JEFFREY D. RICHARDSON
Chapter 7 Trustee
Registration No. 02330067
132 South Water Street, Suite 444
Decatur, IL 62523
Telephone: 217/425-4082

CERTIFICATE OF SERVICE

The undersigned certifies that the above document was filed electronically with the Court on December 15, 2020 and that he has determined that the following persons are registered with the Court for electronic filing, and, therefore, will be sent a copy of the pleading by the Court:

U. S. Trustee
Mr. John GreenLeaf, Jr.

/s/ Jeffrey D. Richardson