UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

IN RE:                          )
                                )
ELONA VELCHEK,                  )      No. 20-70975
                                )
        Debtor.                 )

**NOTICE OF APPLICATION TO EMPLOY ATTORNEYS**

Jeffrey D. Richardson, Chapter 7 Trustee, has filed an Application to Employ Attorneys where he proposes to hire himself and his associate, Laura E. Richardson, as attorneys. The Trustee proposes to pay his aforesaid attorneys a contingency fee of one-third of any amount recovered, plus expenses, either through settlement or litigation of any bankruptcy adversary causes of action, which arise under Sections 547 and 548 of the United States Bankruptcy Code and fraudulent conveyance actions under Section 544 or real estate transactions, with no fees but expenses to be paid absent a recovery. The Trustee proposes to pay $275.00 an hour as an hourly rate for Jeffrey D. Richardson and $225.00 an hour for Laura E. Richardson, plus expenses for all other legal work which an attorney might perform for the Trustee through adversary proceedings, contested matters or real estate transactions.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the application, or if you want the Court to consider your views on the application, then on or before January 29, 2021, you or your attorney must:

File with the Court a written request for a hearing, or if the Court requires a written response, an answer, explaining your position at: U.S. Courthouse, 226 U.S. Courthouse, 600 E. Monroe Street, Springfield, IL 62701.

If you mail your request or response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

You must also mail a copy to: Jeffrey D. Richardson, Chapter 7 Trustee, 132 S. Water St., Suite 444, Decatur, IL 62523; and

Mr. John L. Greenleaf, Jr., Attorney at Law, 2456 North Main St., Decatur, IL 62526

Go to **www.ilcb.uscourts.gov** for information regarding this Court's **mandatory** electronic filing policy.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated: January 15, 2021      /s/ Jeffrey D. Richardson
             JEFFREY D. RICHARDSON
             Chapter 7 Trustee
             Registration No. 02330067
             132 South Water Street, Suite 444
             Decatur, IL 62523
             Telephone: 217/425-4082
             E-mail: jdrdec@aol.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the above document was filed electronically with the Court on January 15, 2021 and that he has determined that the following persons are registered with the Court for electronic filing, and, therefore, will be sent a copy of the pleading by the Court:

U. S. Trustee
Mr. John GreenLeaf, Jr.


             /s/ Jeffrey D. Richardson