Form clmtext

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

---

*In Re:* Elona Velchek
  *Debtor*

*Case No.:* 20–70975

*Chapter:* 7

---

## NOTICE OF ENTRY OF TEXT ORDER

YOU ARE HEREBY NOTIFIED that the text order listed below was entered on the docket this date.

**(Text−only order, no associated pdf) Order re: Objection to Claim: 2−1 of Cavalry SPV I, LLC as assignee of Synchrony Bank. Objection allowed as filed. (RE: related document(s)78 Objection to Claim filed by Trustee Jeffrey D Richardson). (court, jcoo)**

Dated: 10/13/21

  /S/   Adrienne D. Atkins
Clerk, U.S. Bankruptcy Court

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.