Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 20-70975 GM
**Case Name:** VELCHEK, ELONA

**Period Ending:** 09/30/22

**Trustee:** (330310) Jeffrey D Richardson
**Filed (f) or Converted (c):** 09/01/20 (f)
**§341(a) Meeting Date:** 10/14/20
**Claims Bar Date:** 06/16/21

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2014 Honda Civic | 8,000.00 | 0.00 | | 0.00 | FA |
| 2 | 1997 Cheverolete Tahoe | 500.00 | 0.00 | | 0.00 | FA |
| 3 | Washer,dryer,stove,dishes,kitchenware | 100.00 | 0.00 | | 0.00 | FA |
| 4 | 32 inch tv, laptop | 45.00 | 0.00 | | 0.00 | FA |
| 5 | Clothes, shoes, purses | 75.00 | 0.00 | | 0.00 | FA |
| 6 | Costume jewelry | 25.00 | 0.00 | | 0.00 | FA |
| 7 | Cash | 10.00 | 0.00 | | 0.00 | FA |
| 8 | Checking at First Mid | 79.90 | 0.00 | | 0.00 | FA |
| 9 | Security deposit-landlord-Bruce Campbell | 700.00 | 0.00 | | 0.00 | FA |
| 10 | Estate of Orville Ray Helm  (u) | 2,965.10 | 10,000.00 | | 0.00 | 10,000.00 |
| 10 | **Assets** **Totals** (Excluding unknown values) | **$12,500.00** | **$10,000.00** | | **$0.00** | **$10,000.00** |

**Major Activities Affecting Case Closing:**

2nd TIR:  The asset to be collected in this case is the debtor's inheritance from her father, Orville Helm.  The probate proceedings remain pending in case no. 21-P-16 in the Circuit Court of Macon County.  The executor filed her first annual report in June indicating as to the amount of money in hand in the estate at the time of the first anniversary of the estate being open which is approximately $34,000.00.  The decedent's home is still apparently to be sold.  I would anticipate that the case be closed out in the next six months.

12/15/20:  Review Motion to Convert; telephone conference with John GreenLeaf; draft Objection to Motion to Convert to Chapter 13.  JDR
1/14/21:  Review correspondence from John GreenLeaf; participation in hearing on Objection to Motion to Convert  JDR
1/15/21: In the office early; review John Greenleaf's correspondence; further review of documents; correspondence to John. JDR
1/15/21: Draft application to employ attorney and related documents. JDR

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 20-70975 GM  
**Case Name:** VELCHEK, ELONA  

**Period Ending:** 09/30/22  

**Trustee:** (330310)  Jeffrey D Richardson  
**Filed (f) or Converted (c):** 09/01/20 (f)  
**§341(a) Meeting Date:** 10/14/20  
**Claims Bar Date:** 06/16/21  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

1/28/21: Tel. conf. Paul Chiligiris. JDR

2/11/21: Legal research in anticipation of Court hearing on Objections to Claims; participate in Court hearing. JDR

2/11/21: Tel. conf. John GreenLeaf re status. JDR

2/12/21: Review Judge Gorman's video conferencing order and procedures; order Bates stamper. JDR

2/18/21: Tel. conf. John Greenleaf re withdrawing motion to convert to Chapter 13, what to do with the car and other issues concerning the estate. JDR

2/20/21: Review file; request claims bar date. JDR

2/21/21: Review notice allowing motion to withdraw motion to convert to Chapte 13; letter to Paul Chiligiris with a copy to John GreenLeaf; tickler memo to the file. JDR

2/22/21: Review deficiency notice from the Court; draft Motion to Withdraw Report of No Distribution. JDR

2/24/21: Tel. conf. Paul Chiligiris concerning status of the estate. JDR

8/12/21: Review schedules and claims; draft objections to claim no. 1-1 and 2-1. LR

8/30/21: Minor revisions to Objections to claim nos. 1-1 and 2-1 per Trustee. LR

10/25/21: Review file; prepare annual report. JDR

5/24/22: Review correspondence from Paul Chiligiris re status of Helm estate and current account. JDR

10/24/22: Review file; prepare annual report. JDR

**Initial Projected Date Of Final Report (TFR):** June 1, 2022  **Current Projected Date Of Final Report (TFR):** June 1, 2023