Form clmtext

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

---

*In Re:* Elona Velchek
    *Debtor(s)*

*Case No.:* 20−70975

*Chapter:* 7

---

## *NOTICE OF ENTRY OF TEXT ORDER*

YOU ARE HEREBY NOTIFIED that the text order listed below was entered on the docket this date.

**(Text−only order, no associated pdf) Order re: Objection to Claim: 1−2 of The Morris Plan Co. Objection allowed as filed. (RE: related document(s)85 Objection to Claim filed by Trustee Jeffrey D Richardson). (court, jcoo)**

Dated: 7/28/23

                                                        /S/   Adrienne D. Atkins
                                                       Clerk, U.S. Bankruptcy Court

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.